UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

IN THE MATTER OF:

| | |
|---|---|
| LARRY EUGENE SCHALLIOL | CASE NUMBER: 11-30047 |
| ROBIN FRANCES SCHALLIOL | CHAPTER 13 |
| Debtors | |

_____

TRUSTEE'S OBJECTION TO CONFIRMATION OF PLAN
_____

COMES NOW, the Trustee, Debra L. Miller, by counsel, and for her Objection to Debtors' Plan states:

1. Debtors are making their payments via wage order and are current.

2. Debtors are above median income debtors and their disposable income is set by the Form B22C Means test pursuant to 11 U.S.C. §1325(b)(1)(B).

3. Trustee objects to confirmation as Debtors' plan provides that the payment of their 2006 Jeep Liberty will extend beyond the plan term. The contract for this vehicle shows that the last payment is due March 2013. As such, the payment of this vehicle cannot extend beyond the plan term. Trustee requests that Debtors file an amended plan in order to pay this claim in full over the plan.

4. Trustee objects to confirmation as she cannot verify whether the disposable income test is being met. To date, Debtors have not provided her with a copy of their 2010 state and federal tax returns and no proof that an extension has been filed has been provided.

5. Debtors' Schedule J lists monthly charitable contributions in the amount of $50.00 per month. Trustee needs documentation of this contribution. To the

extent that this is not provided, Trustee objects to confirmation as the disposable income test is not being met as the deduction cannot be verified.

WHEREFORE, as the plan has yet to comply with 11 U.S.C. §1325(a) and (b) for the reasons stated above, the Trustee objects to the confirmation of the plan.

Dated: August 18, 2011                                              Respectfully Submitted,

/s/ Sarah E. Willms
Sarah E. Willms, Staff Attorney for
Debra L. Miller, Chapter 13 Trustee
P.O. Box 11550
South Bend, IN 46634-0155
(574) 251-1493

CERTIFICATE OF SERVICE

I hereby certify that a copy of this Objection was served as follows on August 18, 2011

By U.S. Mail postage prepaid:
Debtors: Larry and Robin Schalliol, 58265 Terrace Lane, Elkhart, IN 46517

By electronic mail via CM/ECF:
Debtors' Attorney: Tamara Renner
U.S. Trustee at ustregion10.so.efc@usdoj.gov

/s/ Sarah E. Willms